FILED
2018 May-25 AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

**From:** Austin Hansley [mailto:ahansley@underwoodlawoffices.com]
**Sent:** Friday, April 6, 2018 2:47 PM
**To:** Tamula Yelling
**Cc:** munderwood@underwoodlawoffices.com
**Subject:** RE: Conference Re: '139 & '234 Patents

Tamula,

We hope to hear from you by next Wednesday. If for some reason we haven't, then we will assume that you have looked at the material and made the determination that there is no reason to have a discussion.

Best Regards,

Austin L. Hansley, Esquire
Texas State Bar No.: 24073081
Underwood Law Office, Inc.
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Telephone (972) 535-6377
Facsimile (972) 292-7828
ahansley@underwoodlawoffices.com

**From:** Tamula Yelling [mailto:Tamula.Yelling@hibbett.com]
**Sent:** Wednesday, March 28, 2018 3:49 PM
**To:** Austin Hansley <ahansley@underwoodlawoffices.com>
**Cc:** munderwood@underwoodlawoffices.com
**Subject:** RE: Conference Re: '139 & '234 Patents

Thanks, Austin.  My General Counsel is out of town this week, so we have not had an opportunity to discuss this matter.  When he returns, we will discuss it.  I will get back to you at that time.  Thanks.

Tam

**Tamula R. Yelling**
In-House Counsel
Hibbett Sporting Goods, Inc.
Office: 205.380.7192
Fax: 205.912.7279



2700 Milan Court
Birmingham, AL 35211
www.hibbett.com

   

---

**From:** Austin Hansley [mailto:ahansley@underwoodlawoffices.com]
**Sent:** Thursday, March 22, 2018 3:38 PM
**To:** Tamula Yelling
**Cc:** munderwood@underwoodlawoffices.com
**Subject:** Conference Re: '139 & '234 Patents

Tamula,

Please find attached to this email a representative complaint recently filed against one of your competitors along with its associated documents.

We would like to discuss this with you at your earliest convenience. We are available for a conference call on the following dates and times:

Friday, 3/23 – after 1:30 p.m.
Monday, 3/26 – 8 a.m. to 5 p.m.
Wednesday, 3/28 – 8 a.m. to 5 p.m.

Best Regards,

Austin L. Hansley, Esquire
Texas State Bar No.: 24073081
Underwood Law Office, Inc.
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Telephone (972) 535-6377
Facsimile (972) 292-7828
ahansley@underwoodlawoffices.com

**CONFIDENTIAL AND PRIVILEGED**:  This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited.  If you received this e-mail in error, please notify the sender and delete this e-mail from your system.  For information regarding Hibbett please visit www.hibbett.com.