# EXHIBIT E

**From:** Tooks, Brian (IPA) [mailto:btooks@inventprotect.com]
**Sent:** Monday, April 30, 2018 11:12 PM
**To:** Tamula Yelling
**Subject:** Re: '139 & '234 Patents

Here you go, Tam.

We should be available anytime on the 10th.  Please suggest a time, and I'll confirm



**Brian C. Tooks**
Registered Patent Attorney

**Invention Protection Associates, LLC**
6750 Antioch Rd., Ste. 301
Overland Park, KS 66204
913-631-1096
**My Sample Portfolio**

1

**From:** Tamula Yelling <Tamula.Yelling@hibbett.com>
**To:** "btooks@inventprotect.com" <btooks@inventprotect.com>
**Sent:** Friday, April 27, 2018 3:37 PM
**Subject:** '139 & '234 Patents

Brian – thanks for reaching out to me this week.  My General Counsel would like to set up a call with you, if possible May 10 or 11.  Before that call, it would be very helpful if you could let me know what masks are allegedly infringing on the patents.  Also, will you provide a copy of the proposed license that you would like us to sign in exchange for any settlement?  Thanks.

Tam

**Tamula R. Yelling**
In-House Counsel
Hibbett Sporting Goods, Inc.
Office: 205.380.7192
Fax: 205.912.7279



2700 Milan Court
Birmingham, AL 35211
www.hibbett.com

   

**CONFIDENTIAL AND PRIVILEGED**:  This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited.  If you received this e-mail in error, please notify the sender and delete this e-mail from your system.  For information regarding Hibbett please visit www.hibbett.com.

**From:** Tooks, Brian (IPA) [mailto:btooks@inventprotect.com]
**Sent:** Thursday, May 3, 2018 7:09 PM
**To:** Tamula Yelling
**Subject:** drafts of 13-31 - Hibbett agreements

Here are the two versions for comparison.  I made some cosmetic changes, so, just scrap what you already have (although, the substance is identical) and review these.


**Brian C. Tooks**
Registered Patent Attorney

**Invention Protection Associates, LLC**
6750 Antioch Rd., Ste. 301
Overland Park, KS 66204
913-631-1096
**My Sample Portfolio**

1

**From:** Tamula Yelling <Tamula.Yelling@hibbett.com>
**To:** "Tooks, Brian (IPA)" <btooks@inventprotect.com>
**Sent:** Thursday, May 3, 2018 2:00 PM
**Subject:** RE: '139 & '234 Patents

He should be available then.  Send the call information, and I'll make sure to pass it on to him.  Thanks.

Tam

**Tamula R. Yelling**
In-House Counsel
Hibbett Sporting Goods, Inc.
Office: 205.380.7192
Fax: 205.912.7279



2700 Milan Court
Birmingham, AL 35211
www.hibbett.com

   

**From:** Tooks, Brian (IPA) [mailto:btooks@inventprotect.com]
**Sent:** Thursday, May 3, 2018 12:30 PM
**To:** Tamula Yelling
**Subject:** Re: '139 & '234 Patents

I'm good up until 3:00 Central.  Would 1:30 or 2:00 work?

I'll work up the draft in the meantime

**Brian C. Tooks**
Registered Patent Attorney

**Invention Protection Associates, LLC**
6750 Antioch Rd., Ste. 301
Overland Park, KS 66204
913-631-1096
**My Sample Portfolio**

**From:** Tamula Yelling <Tamula.Yelling@hibbett.com>
**To:** "Tooks, Brian (IPA)" <btooks@inventprotect.com>

2

**Sent:** Thursday, May 3, 2018 11:34 AM
**Subject:** RE: '139 & '234 Patents

How about that afternoon?  Also, will you send the proposed license, in case we are interested in going that route?  Thanks.

Tam

**Tamula R. Yelling**
In-House Counsel
Hibbett Sporting Goods, Inc.
Office: 205.380.7192
Fax: 205.912.7279



2700 Milan Court
Birmingham, AL 35211
www.hibbett.com

   

---

**From:** Tooks, Brian (IPA) [mailto:btooks@inventprotect.com]
**Sent:** Monday, April 30, 2018 11:12 PM
**To:** Tamula Yelling
**Subject:** Re: '139 & '234 Patents

Here you go, Tam.

We should be available anytime on the 10th.  Please suggest a time, and I'll confirm




**Brian C. Tooks**
Registered Patent Attorney

**Invention Protection Associates, LLC**
6750 Antioch Rd., Ste. 301
Overland Park, KS 66204
913-631-1096
**My Sample Portfolio**

---

**From:** Tamula Yelling <Tamula.Yelling@hibbett.com>
**To:** "btooks@inventprotect.com" <btooks@inventprotect.com>
**Sent:** Friday, April 27, 2018 3:37 PM
**Subject:** '139 & '234 Patents

3

Brian – thanks for reaching out to me this week.  My General Counsel would like to set up a call with you, if possible May 10 or 11.  Before that call, it would be very helpful if you could let me know what masks are allegedly infringing on the patents.  Also, will you provide a copy of the proposed license that you would like us to sign in exchange for any settlement?  Thanks.

Tam

**Tamula R. Yelling**
In-House Counsel
Hibbett Sporting Goods, Inc.
Office: 205.380.7192
Fax: 205.912.7279



2700 Milan Court
Birmingham, AL 35211
www.hibbett.com

   

**CONFIDENTIAL AND PRIVILEGED**:  This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited.  If you received this e-mail in error, please notify the sender and delete this e-mail from your system.  For information regarding Hibbett please visit www.hibbett.com.